**REDACTED COPY**

AO 199A (Rev. 12/11) Order Setting Conditions of Release — Page 1 of 3 Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAY 29 2014
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

United States of America )
v. )
Jorge Antonio Martinez ) Case No. DR:14-CR-687(1)
)
)
*Defendant*

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant shall appear in court as required and, if convicted, shall surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

(X)  (6)  The defendant is placed in the custody of:

Felipe Martinez, Jr. AND Bertha Alicia Martinez (parents)    Melissa Aracely Muniz (wife)

who agrees (a) to supervise the defendant in accordance with all conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _Felipe Martinez_    Signed: _Bertha A Martinez_    Signed: _M M_
Felipe Martinez, Jr. -*Custodian or Proxy*    Bertha Alicia Martinez    Melissa Aracely Muniz

(X)  (7)  The defendant shall:

  (X) (a) maintain or actively seek employment.
  ( ) (b) maintain or commence an educational program.
  (X) (c) abide by the following restrictions on his personal associations, place of abode, or travel: **unless given permission by Pretrial Services to move. No travel to the Republic of Mexico or any other foreign country. No travel outside the Western District of Texas without first obtaining permission from Pretrial Services.**
  ( ) (d) avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
  (X) (e) report on a regular basis to the following agency: **Pretrial Services, weekly or as directed.   Submit to a random drug test as directed by Pretrial Services. Refrain from tampering with test/sample.**
  ( ) (f) Comply with the following curfew:
  (X) (g) refrain from possessing a firearm, destructive device, or other dangerous weapon.
  (X) (h) refrain from use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
  ( ) (I) undergo medical or psychiatric treatment and/or remain in an institution, as follows:
  ( ) (j)
  ( ) (k) post with the Court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described money:
  ( ) (l) execute a bail bond with solvent sureties in the amount of $
  ( ) (m) return to custody each (week)day as of_____o'clock after being released each (week)day as of_____o'clock for employment, schooling, or the following limited purpose(s):
  (X) (n) **The defendant will notify U.S. Pretrial Services of any contact with Law Enforcement Officials.**
  (X) (o) **Surrender U.S. Passport to Pretrial Services and not obtain a new one.**
  ( ) (p)

## Advice of Penalties and Sanctions

**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or office of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Jorge Antonio Martinez - *Defendant*

_____
Address

_____
Telephone

### Directions to United States Marshal

(X) The defendant is **ORDERED** released after processing.
( ) The United States Marshal is **ORDERED** to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: May 29, 2014

_____
**VICTOR ROBERTO GARCIA**
United States Magistrate Judge