# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

FILED
2014 NO 12 PM 2:40
WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE
BY:_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v. § | Cause No: DR-14-CR-687 (01) |
| § § § § | |
| JORGE ANTONIO MARTINEZ § a.k.a. "El Panico" and "Chaparro" § | |

## MOTION TO UNSEAL INDICTMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes the United States of America by the United States Attorney for the Western District of Texas, and the undersigned Assistant United States Attorney, and moves this Court to direct that the above Superseding Indictment be unsealed as to this Defendant, as the Defendant has been taken into custody by law enforcement.

WHEREFORE, the United States respectfully requests that the Motion to Unseal the Superseding Indictment and related documents be granted as to this Defendant.

Respectfully submitted,
ROBERT PITMAN
United States Attorney

By: _____
LEWIS A. THOMAS
Assistant U.S. Attorney



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § § § § | Cause No: DR-14-CR-687 (01) |
| JORGE ANTONIO MARTINEZ<br>a.k.a. "El Panico" and "Chaparro" | § § | |

ORDER TO UNSEAL INDICTMENT

Came on to be considered the Government's Motion to Unseal and the Court having considered said motion hereby

ORDERS that the Government's Motion to Unseal the Superseding Indictment and related documents be GRANTED.

ENTERED on this the _____ day of _____, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE